**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto GAMBOA, Defendant–Appellant.**

No. 10–50298.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 24, 2011.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Aaron B. Clark, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Candis Mitchell, Trial, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Roberto Gamboa appeals from the 21–month sentence imposed following his

** This disposition is not appropriate for publication and is not precedent except as provid-

guilty-plea conviction for transportation of illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gamboa contends that the district court committed error by failing to evaluate the complete factual basis of his request for a minor role adjustment. This contention is belied by the record.

Gamboa also contends that the district court erred by failing to grant a minor-role adjustment. The district court did not err by denying the adjustment because Gamboa did not meet his burden of demonstrating by a preponderance of the evidence that he was substantially less culpable than his co-participants. *See United States v. Cantrell,* 433 F.3d 1269, 1282–83 (9th Cir.2006).

**AFFIRMED.**